```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JAMESE SNIPES,

　　　　　　　　　　　　　　　Defendant.

22 Cr. 418 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　The status conference scheduled for October 12, 2022, is ADJOURNED to **November 15, 2022**, at **11:20 a.m.**  The conference will use the Court's videoconferencing system.  *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. June 16, 2022), ECF No. 10 (finding that the COVID-19 pandemic requires judges to conduct criminal proceedings remotely). Chambers will provide the parties with instructions on how to appear via video.

　　To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone.  Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

　　It is further ordered that time until November 15, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by such exclusion outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the parties to reach a potential pretrial disposition of this matter.

　　SO ORDERED.

Dated: October 4, 2022
　　　　New York, New York

_____
ANALISA TORRES
United States District Judge