```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JAMESE SNIPES,

                    Defendant.

22 Cr. 418 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for November 15, 2022, is ADJOURNED *sine die*.  The Court shall hold a change of plea hearing for Defendant on **November 15, 2022,** at **11:20 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: November 8, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge