```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JAMESE SNIPES,

                      Defendant.

22 Cr. 418 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      C.J.A. attorney, David Touger, is hereby ordered to assume representation of Defendant in the above captioned matter, *nunc pro tunc* August 8, 2022.

Dated: March 2, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge